UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANET SPIGHT-WHITE,

      Plaintiff,

v.

HIGHLAND PARK SCHOOL
DISTRICT BOARD OF
EDUCATION, *et al.*,

      Defendants.

Case No. 26-cv-11118
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT

On April 6, 2026, Plaintiff Janet Spight-White filed this action against Defendants Highland Park School District Board of Education and Highland Park School District Board of Directors. (*See* Compl., ECF No. 1.)  The Highland Park School District Board of Education (the "Board of Education") has now filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 11.)  One of bases for dismissal is that Spight-White has failed to plead sufficient facts in support of at least some of her claims. (*See id.*)

Without expressing any view regarding the merits of the motion to dismiss, the Court will grant Spight-White the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in her claims identified by the Board of Education in the motion to dismiss and to clarify her allegations against the

1

Defendants.    The Court does not anticipate allowing Spight-White another opportunity to amend to add factual allegations that she could now include in a First Amended Complaint.  Simply put, this is Spight-White's opportunity to allege any and all additional facts, currently known to her, that may cure the alleged deficiencies in her claims and that could clarify her allegations against the Defendants.

By **June 22, 2026**, Spight-White shall file a notice on the docket in this action notifying the Court and the Defendants whether she will be filing a First Amended Complaint.  If Spight-White provides notice that she will be filing a First Amended Complaint, she shall file that amended pleading by no later than **July 10, 2026**.  If Spight-White provides notice that she will not be filing a First Amended Complaint, she shall file a response to the Board of Education's pending motion to dismiss by no later than **July 10, 2026**.

Finally, if Spight-White provides notice that she will be filing an amended pleading, the Court will terminate without prejudice the Board of Education's motion to dismiss as moot.  The Board of Education may re-file a motion to dismiss directed at the First Amended Complaint if it believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  June 8, 2026          UNITED STATES DISTRICT JUDGE

2

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 8, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan          

Case Manager

(313) 234-5126
